IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

In Re: Jamison Hamlin Dyer, Debtor §   Case No._____
§

**DEBTOR'S CONFIRMATION OF NO PAYMENT ADVICES**

My name is Jamison Hamlin Dyer. I am a debtor in this bankruptcy case. I am an independent contractor who receives only checks with no pay stubs from my client. Between May 31, 2024, and sixty (60) days prior, being April 1, 2024, I received only four checks with no pay stubs from my client. With this filing, I am filing the two images of my checks paid by my client, which I was able to obtain from my credit union for the period of April 1, 2024, through May 31, 2024. My credit union informs me that it is unable to locate the image of one check in the amount of $1,795 of April 1, 2024. I do not have an image of the check in the amount of $1,980 dated May 22, 2024, which I deposited on May 22, 2024 before coming to Houston for this case. I will supplement this filing the next business day with an image of the May 22, 2024, check from my client which I have not been able to obtain by the time this filing is done on May 31. The only evidence of my payment for work done for my client is copies of checks issued to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __31st, MAY, 2024__.

_____
Signature of Debtor



| Bus. Date | Blk Num | Seq. Num | Serial | Acct. Num | Tran Code | Amount | Routing |
|---|---|---|---|---|---|---|---|
| 04/24/2024 | 1025 | 10170015-00 | 1053 | 466001152038 | 0 | 2966.40 - USD | 11000138 |

| Sort Pattern ID | Category | Bundle ID | Batch ID |
|---|---|---|---|
| 600 | 1 | 10 | 2 |

RD ORCHARDS LLC
54 KINGSWOOD RD
WESTWOOD MA 02090-2642

1053

DATE 4/23/24

PAY TO THE ORDER OF  Tam Beh Ryan   $ 2966.40

Two Thousand nine hundred and sixty six and 40/100 DOLLARS

Bank of America

ACH R/T 011000138

FOR

#001053# #011000138# 2038#

