+Susan C. Norman, Esquire
LAW OFFICE OF SUSAN C. NORMAN
PO Box 55585
Houston, Texas 77255
Phone:  713-882-2066
Facsimile: 281-402-3682
E-mail:  SueNorman@SueNormanLaw.com
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.:  24-32525 |
| JAMISON HAMLIN DYER | § | |
|    DEBTOR | § | CHAPTER 13 |

**Debtor's Supplement to Application to Employ
Special Litigation Counsel Pursuant to U.S. C §330**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Debtor, by and through the undersigned attorney, and files this *Debtor's Application to Employ Special Litigation Counsel Pursuant to 11 U.S.C. §330,* and would respectfully show the Court as follows:

1. On May 31, 2024, Debtor filed a Chapter 13 Bankruptcy following dismissal of a prior Chapter 13 (24-31651) for deficiency—payment advices—which has now been remedied.  On April 17, 2024, Debtor filed *Notice of Removal* of state court matter, which has been associated with this pending case as Adversary Proceeding 24-03088, in which Debtor is the Plaintiff and multiple individuals and entities are Defendants.

2. It is necessary to employ special litigation counsel to represent Debtor in the above-referenced litigation matter involving a core proceeding whose primary purpose is to claw back valuable assets into the bankruptcy estate via causes of action for declaratory judgment, fraudulent transfer, and injunctive relief.

3. Debtor seeks to employ Susan C. Norman, an attorney licensed to practice in the State of Texas and in the United States District Court for the Southern District of Texas for this adversary proceeding. Moreover, Ms. Norman is experienced in state court litigation involving wrongful foreclosure matters and the litigation issues set out above, and is currently a counsel of record for Debtor in its pending state court litigation involving the wrongful foreclosure as well as the various state court matters set out above.

4. Debtor's proposed contract of employment is attached hereto as Exhibit A, incorporated for all purposes.

WHEREFORE, for these reasons, Debtor respectfully requests that the Court grant this Debtor's Application to Employ Special Litigation Counsel pursuant to 11 U.S.C. §330.

Respectfully submitted,

*Sue Norman*
Susan C. Norman
State Bar No. 15083020
P.O. Box 55585
Houston, Texas 77255
Tel.: 713-882-2066
Fax: 281-402-3681
SueNorman@SueNormanLaw.com
Counsel for Debtor

Certificate of Service

I hereby certify that on June 7, 2024, I sent a true and correct copy of the *Debtor's Application to Employ Special Litigation Counsel Pursuant to 11 U.S.C. §330* to the below-listed individuals who have electronic service, through the Court's Pacer system, and, by First Class United States Mail, postage prepaid to those who do not use electronic service.

*Sue Norman*
Susan C. Norman

David Peake
Chapter 13 Trustee
via electronic delivery to
Court@PeakeCh13Trustee.com

| Parties | Counsel |
| --- | --- |
| James Brannon | JamesBrannon@yahoo.com |
| Linda Caruso,, John Caruso, and Caruso Investment Group LLC | Thomas H. Smith, III at info@RogerGJain.com |
| Tiffany Carroll (Scott) Fidelity National Title Agency, Inc. | Daniel J. Madden, to Dmadden@FoxRothschild.com Counsel |
| Estate of Isaac Dyer Eric Dyer | Rick.Dyer@Spire.net |
| Lenny Nunez | LeonardNunez.Amtex@gmail.com |

| | |
|---|---|
| Brian A. Spitz; Ind. and as the Managing Member of Off Market, LLC, and as President and Director of Big State Home Buyers, LLC; off Market, LLC and Nest Network, LLC; and Big State Home Buyers, LLC | James F. McMartin, IV, at james.mcmartin4@gmail.com and Aaron D. Bieber at aaron@aaronbieberlaw.com |
| Alejandro Sanchez; | Bruce Rusinzky, bruzinsky@jw.com and Cameron Secord, csecord@jw.com and Brandon Hakari to brandon.hakari@fnf.com and Gregory T. Brewer at gregory.brewer@fnf.com |
| Texas Flipco Financial, LLC and Flipco Holdco, LLC and W. Keith Maxwell, III and Todd Gibson | servicing@flipcofinancial.com and support@flipcofinancial.com, and Robert P. Debelak, III, atbobby.debelak@mhllp.com |
| LPT Realty LLC d/b/a LPT Realty | U. S. Mail, Postage prepaid to Registered Agent for Service of Process, Incorp Services, Inc., at 815 Brazoa St., Ste 600, Austin. Texas 78701. |

| Party to be Noticed | Mailing Address |
|---|---|
| CCS/First National Bank | 500 E 60th St N<br>Sioux Falls, Sd 57104 |
| CCS/First Savings Bank | 500 E 60th St N<br>Sioux Falls, Sd 57104 |
| Credit First NA | 6275 Eastland Rd<br>Brookpark, Oh 44142 |
| Credit First Na | Po Box 818011<br>Cleveland, Oh 44181-8011 |
| First Premier Bank | 601 S Minnesota Ave<br>Sioux Falls, SD 57104 |
| First Svgs Bk-blaze<br>500 E. 60th Street<br>Sioux Falls, Sd 57104 | 601 S Minnesota Ave<br>Sioux Falls, Sd 57104 |

| | |
|---|---|
| Frost Bank<br>Attn: Bankruptcy Dept. | PO Box 1600<br>San Antonio TX, 78296 |
| FSB Blaze | 5501 S Broadband Ln<br>Sioux Falls, SD 57108 |
| Internal Revenue Service<br>Centralized Insolvency Office | PO Box 7346<br>Philadelphia, PA 19101 |
| Internal Revenue Service | P O Box 7346<br>Philadelphia PA 19101-7346 |
| IRS Insolvency Office | 300 E 8th St Stop 5026Aus<br>Austin, TX 78701-3233 |
| Jefferson Capital Systems LLC | PO Box 7999<br>St Cloud, MN 56302-9617 |
| Kohls/Capital One | N56 Ridgewood Dr<br>Menomonee Fal, WI 53051 |
| Linebarger Attorneys at Law | 4828 Loop Central Dr Ste 600<br>Houston, TX 77081-1246 |
| Merrick Bank<br>Resurgent Capital Services | PO Box 10368<br>Greenville, SC 29603-036 |
| Midland Credit Management, Inc. | PO Box 2037<br>Warren, MI 48090 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC | PO Box 788<br>Kirkland, WA 98083-0788 |
| U. S. Trustee | 515 Rusk St # 3516, Houston, TX 77002 |
| United States Attorney General<br>Department of Justice | 950 Pennsylvania Ave, N.W.<br>Washington, DC |
| U. S. Attorney<br>Civil Process Clerk - IRS | 601 N. W. Loop 410  600<br>San Antonio, TX 78216 |
| Tax Assessor-Collector Harris County<br>Ann Harris Bennett | PO Box 4622<br>Houston, TX 77210-4622 |
| Tax Assessor Collector Galveston County<br>Cheryl E. Johnson, PCCC, CTOP | 722 21st St<br>Galveston, TX 77550-2317 |