# SUSAN C. NORMAN
**Attorney and Counselor at Law - Certified Mediator**
P.O. Box 55585
Houston, Texas 77255-5585
SueNorman@SueNormanLaw.com

**713-882-2066 Voice**                                                              **281-402-3682 Telefax**

June 4, 2024

Mr. Jamison H. Dyer
via email

      RE:    Adversary proceeding Case No. 24-03088

Dear Mr. Dyer:

      This letter describes the terms and conditions under which I am offering to represent you in connection with the following matters:

      Adversary proceeding related to state court Cause No. 2023-08753 and related matters against all responsible parties and/or entities involved and any other claims which may be appropriate.

      This letter is a legal contract, and the terms and conditions of my agreement with you are described in some detail. This letter not only establishes the terms of this contract with you, it will help to prevent any misunderstandings. When you sign and return a copy of this letter, you are agreeing to the terms and conditions of representation which are described in this letter.

      I cannot guarantee any expected outcome or conclusion of the legal matter due to numerous and complicated factors which are beyond my control and of which you are aware. You expressly understand and agree that no other representations have been made to you except those set out in this letter.

      You agree to keep me advised of your home and business telephone numbers and your current e-mail address so that I can locate you during the day or evening hours. You agree to promptly inform me of all changes in your contact information as soon as such changes occur.

      You may be required to attend court appearances and comply with discovery requests and deposition notices. If the matter requires negotiation, I will negotiate with the opposing party(ies) on your behalf. I will not conclude or settle the matter without your approval.

Letter of Representation                                                                                                    Page 2

Please do not communicate with any of the parties, witnesses, or attorneys m the case without my involvement.

You grant me a lien on any claim or cause of action and upon any sum of money or property to be recovered in order to secure attorney's fees (costs being paid as incurred) as discussed herein below.

**Hourly rates for Susan C. Norman:** $500.00 per hour for all court appearances and depositions, including in-person and remote hearings conducted by Zoom or other video conferencing method(s); $400.00 per hour for court-related matters, including time involved in preparing for court; preparation, drafting and proofing of pleadings and motions; legal research; interviewing witnesses; conferences and communications with Client; conducting discovery; depositions; communications with the attorneys representing the defendant(s); negotiations with the attorneys representing the defendant(s); time spent relating to Client's experts and time required to investigate and prepare for the defendant(s) experts; and all other reasonable and necessary time spent preparing and resolving Client's case, except for travel and waiting time, which is billed at a reduced rate set out below.

**Hourly rates for other counsel and/or experts:** At their standard billing rates.

The attorney's fees do not include court costs, depositions, appraisal fees, filing fees, and costs required by any court, and other expenses, delivery charges, and any other out-of-pocket costs. These costs will be treated as additional expenses and will be billed separately, although computed in the total costs.

You agree to pay those reasonable expenses as and when billed.

This Agreement is performable in Houston, Harris County, Texas. All monies owed hereunder are to be paid at my office in Houston, Harris County, Texas. Jurisdiction and venue of any dispute arising hereunder are also performable in Houston, Harris County, Texas.

By your signature below, you authorize me with your power of attorney to sign court or other legal documents which may be required in the course of the case and authorize me to act in your name, sign legal pleadings on your behalf and to perform the acts necessary and appropriate to effect the above–described legal representation.

Letter of Representation                                                                    Page 3

## TAX DISCLOSURE AND ACKNOWLEDGMENT

The client is advised to obtain independent and competent tax advice regarding legal and business matters since legal and business transactions can give rise to tax consequences.

The undersigned law office and attorney have not agreed to render any tax advice and are not responsible for any advice regarding tax matters or preparation of tax returns, or other filings, including, but not limited to, state and federal income and inheritance tax returns.

Furthermore, the client should obtain professional help regarding the valuation and location of all assets which may be the subject of a legal matter including but not limited to: property of any estate, pensions, employment benefit and profit sharing rights that may be controlled by any other party to the legal matter.

Client understands that Attorney is not a private investigator, and should any investigation in this matter be deemed necessary or required, Client will need to employ a duly licensed private investigator for purposes of conducting any such investigation. At Client's request, Attorney may facilitate Client's search for a private investigator.

## POTENTIAL DISCLOSURE OF THE CONTENTS OF THIS CONTRACT

Client understands that a copy of this contract may be required to be produced in response to Court order, litigation, discovery, or other legal proceeding, and Client hereby authorizes attorney to release a copy of this contract as required to further any litigation relating to this contract or as otherwise required in any legal proceeding.

Please sign in the space provided below. If you have any questions please call me at 713-882-2066.

Effective on April 11, 2024, and signed on the 6th day of June, 2024.

Agreed: _____          Approved and Accepted by Attorney
Jamison H. Dyer                                                          _____
                                                                                        Susan C. Norman
                                                                                        Law Office of Susan C. Norman