United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 13, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-32525 |
| JAMISON HAMLIN DYER, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 13 |

### ORDER DENYING APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL

This matter is before the Court on the Debtor's Supplement to Application to Employ Special Litigation Counsel (ECF No. 5) filed by the debtor. The debtor is seeking to employ Susan Norman regarding the filing of an adversary proceeding. The movant self-calendared this matter for hearing in the Houston Division through CM/ECF. However, the movant failed to include the notice language required by Bankruptcy Local Rules 9013-1(b) and (c).[1] Furthermore, this case has been transferred to the Galveston Division (ECF No. 6), and a Galveston hearing date will need to be selected. Lastly, the movant failed to attach a proposed order to the instant motion as required by Bankruptcy Local Rule 9013-1(h).[2]

**ACCORDINGLY, IT IS ORDERED** that the Application to Employ Susan Norman is denied without prejudice.

SIGNED 06/13/2024

Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Bankruptcy Local rules are located at www.txs.uscourts.gov/page/bankrupty-local-rules
[2] "Each motion, application, objection, and response filed with the court must be accompanied by a proposed order."